# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Tyrone Little                                Docket No. 5:96-CR-157-9H

### Petition for Action on Supervised Release

COMES NOW Eddie J. Smith, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tyrone Little, who, upon an earlier plea of guilty to 21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute and Distribution of Cocaine Base, and 18 U.S.C. §§ 924(c) and 2, Possession of a Firearm in Relation to a Drug Trafficking Offense and Aiding and Abetting, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on August 20, 1997, to the custody of the Bureau of Prisons for a term of 132 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Tyrone Little was released from custody on April 13, 2006, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On April 27, 2010, the defendant was charged in Guilford County with the offense of Speeding 89/65 (10CR38354). The defendant did not receive permission from the probation officer to leave the Eastern District of North Carolina. Additionally, he failed to notify the probation officer of this new charge as required. When confronted about these violations on July 23, 2010, the defendant revealed he has anger management problems. It is believed the defendant could benefit from counseling to resolve any anger issues. As for the violations, Little was verbally reprimanded and informed that any additional such violations could result in punitive sanctions. At this time, it is recommended that supervision be continued.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Tyrone Little
Docket No. 5:96-CR-157-9H
Petition For Action
Page 2

      **PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

      The defendant shall participate in a program of mental health treatment to include anger management, as directed by the probation office.

      Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt<br>Robert K. Britt<br>Senior U.S. Probation Officer | /s/ Eddie J. Smith<br>Eddie J. Smith<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: (910) 483-8613<br>Executed On: July 26, 2010 |

## ORDER OF COURT

Considered and ordered this 26th day of July, 2010, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge